IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | : : : : : | CASE NO. 1:11-cv-358 |
| | | Judge Sandra S. Beckwith |
| | | Magistrate Judge Stephanie K. Bowman |
| Plaintiffs, | : : | |
| vs. | : : | **NOTICE OF APPEARANCE** |
| AMERICAN ELECTRIC POWER DEFINED BENEFIT, et al. | : : : | |
| Defendants. | : | |

_____

Please take notice that Daniel J. Donnellon, with the law firm Faruki Ireland & Cox P.L.L., enters his appearance as trial counsel on behalf of Bernard Rabinowitz, Individually and as Trustee FBO Bernard Rabinowitz U/A/D.

Mr. Rabinowitz requests that all notices, pleadings and documents be sent to his attorneys of record as follows:

> Daniel J. Donnellon, Esq.
> FARUKI IRELAND & COX P.L.L.
> 201 East Fifth Street, Suite 1420
> Cincinnati, OH  45202
> Telephone:  (513) 632-0300
> Facsimile:  (513) 632-0319
> ddonnellon@ficlaw.com

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, Trial Attorney (036726)
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Telecopier: (513) 631-0319
Email: ddonnellon@ficlaw.com

Attorneys for Bernard Rabinowitz

OF COUNSEL:

Charles J. Faruki (0010417)
FARUKI IRELAND & COX P .L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3705
Telecopier: (937) 227-3717
Email: cfaruki@fic1aw.com

**CERTIFICATE OF SERVICE**

      I certify that on the 13th day of July, 2011, I electronically filed the foregoing Notice of Appearance with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants.

      /s/ Daniel J. Donnellon
      Daniel J. Donnellon