IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al*., | Civil Action No. 11-CV-00358<br><br>JUDGE BECKWITH<br>MAGISTRATE JUDGE BOWMAN |
| Plaintiffs, | |
| v. | |
| AMERICAN ELECTRIC POWER, *et al.,* | |
| Defendants. | |

## NOTICE OF APPEARANCE OF COUNSEL

Joseph A. Castrodale, Richard G. Hardy, and Todd A. Atkinson of the law firm of Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, Ohio, 44113-1448, enter their appearance as counsel of record for Defendant Progressive Casualty Insurance Company ("Progressive"), and request to be served all pleadings, motions, filings and notices in the above captioned matter.  This Notice of Appearance of Counsel is entered on behalf of Progressive as an individual named party defendant only, and Progressive expressly reserves, without waiver or relinquishment, all of its rights, claims, interests and defenses with respect to the allegations in the Class Action Complaint.

    Respectfully submitted,

    */s/ Todd A. Atkinson*
    Joseph A. Castrodale (0018494)
    Richard G. Hardy (0021920)
    Todd A. Atkinson (0077374)
    ULMER & BERNE LLP
    Skylight Office Tower
    1660 West 2nd Street, Suite 1100
    Cleveland, Ohio  44113

        Phone:  (216) 583-7000  
        Fax:  (216) 583-7001  
        Email: jcastrodale@ulmer.com  
               rhardy@ulmer.com  
               tatkinson@ulmer.com  
*Attorneys for Defendant Progressive Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2011, a copy of the foregoing *Notice of Appearance of Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing System or by regular mail for parties not receiving electronic notices. Parties may access this filing through the Court's Electronic Case Filing System.

                */s/ Todd A. Atkinson*
                *One of the Attorneys for Defendant*
                *Progressive Casualty Insurance Company*

1911668v1