UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deutsche Bank Trust Company
Americas, et al.,
    Plaintiffs

v.                                 Case No. 1:11-cv-358

American Electric Power, et al.,
    Defendants

# ORDER

This matter is before the Court on Plaintiffs' Motions for Admission of several attorneys (Docs. 18, 20 & 21).

**IT IS ORDERED** that the Motion is **GRANTED** and attorneys Natalie Lesser, Sunish Gulati, and Mitchell Hurley are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: July 26, 2011                          s/Sandra S. Beckwith
                                                    Sandra S. Beckwith, Senior Judge
                                                    United States District Court