# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*,

    Plaintiffs,

v.

AMERICAN ELECTRIC POWER DEFINED BENEFIT, *et al.*,

    Defendants.

Case No. 1:11-cv-00358

Judge Sandra S. Beckwith

Magistrate Judge Stephanie K. Bowman

**NOTICE OF APPEARANCE**

---

Please take notice that Michael J. Johrendt, with the law firm of JOHRENDT, Cook & Eberhart, enters appearance as trial counsel on behalf of Defendant James M. Lachey.

Mr. Lachey requests that all notices, pleadings and documents be sent to his attorneys of record, as follows:

    Michael J. Johrendt, Esq.
    JOHRENDT, COOK & EBERHART
    250 E. Broad Street, Suite 200
    Columbus, OH 43215
    Telephone No.: (614) 464-0082
    Facsimile No.: (614) 463-1296
    andrea@jcelaw.com

    Respectfully submitted,

    /s/ *Michael J. Johrendt*
    Michael J. Johrendt (0022283)
    JOHRENDT, COOK & EBERHART
    250 E. Broad Street, Suite 200
    Columbus, OH 43215
    Telephone No.: (614) 464-0082
    Facsimile No.: (614) 463-1296
    andrea@jcelaw.com

    Counsel for Defendant James M. Lachey

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ *Michael J. Johrendt*
Michael J. Johrendt  (0022283)