IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., | ) ) ) | CASE NO. 1:11-cv-00358-SSB-SKB |
| Plaintiffs, | ) ) ) | JUDGE SANDRA S. BECKWITH |
| v. | ) ) ) | MAGISTRATE JUDGE STEPHANIE K. BOWMAN |
| AMERICAN ELECTRIC POWER, et al., | ) ) | **NOTICE OF APPEARANCE OF MITCHELL G. BLAIR AND JEFFREY** |
| Defendants. | ) ) ) ) | **J. LAUDERDALE AS COUNSEL OF RECORD FOR DEFENDANT, KEYBANK, N.A.** |

PLEASE TAKE NOTICE of the appearance of Mitchell G. Blair and Jeffrey J. Lauderdale of the law firm of Calfee, Halter & Griswold LLP, 1400 KeyBank Center, 800 Superior Avenue, Cleveland, Ohio 44114-2688, as counsel of record for "Named Shareholder" Defendant, KeyBank, N.A., in this matter. All future pleadings, correspondence, and notices should be directed to these attorneys.

Respectfully submitted,

  */s/ Jeffrey J. Lauderdale*_____
MITCHELL G. BLAIR (OH# 0010892)
JEFFREY J. LAUDERDALE (OH# 0074859)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114
216-622-8200 phone
216-241-0816 fax
*mblair@calfee.com*
*jlauderdale@calfee.com*

Attorneys for
Defendant, KeyBank, N.A.

{01203603.DOC;1 }

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was filed electronically on August 9, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

    */s/ Jeffrey J. Lauderdale*
One of the Attorneys for
Defendant, KeyBank, N.A.

{01203603.DOC;1 }