## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | : : : : | Civil Action No.: 1:11-cv-00358-SSB-SKB |
| Plaintiffs, | : : | (Judge Beckwith) (Magistrate Judge Bowman) |
| v. | : : | |
| AMERICAN ELECTRIC POWER, et al., | : : | |
| Defendants. | : : | |

**MOTION FOR ENTRY OF AGREED EXTENSION OF TIME UP TO AND INCLUDING SEPTEMBER 29, 2011 FOR DEFENDANT BERNARD RABINOWITZ, INDIVIDUALLY AND AS TRUSTEE U/A/D 09-11-2006 TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

The Plaintiffs and Defendant Bernard Rabinowitz, Individually and as Trustee FBO Bernard Rabinowitz U/A/D 09-11-2006 have agreed to extend the time within which Defendant Bernard Rabinowitz, Individually and as Trustee may answer or otherwise respond to Plaintiffs' complaint until September 29, 2011, subject to any stay of proceedings that may otherwise be ordered by the Court. Accordingly, pursuant to Local Rule 7.3(a) and 7.4, Defendant Bernard Rabinowitz, Individually and as Trustee hereby moves the Court to grant the requested extension per the parties' agreement. This motion briefly exceeds the permissible stipulation of Local Rule 6.1(a); and, therefore requires approval of the Court.

Dated: August 10, 2011

Respectfully submitted,

/s/ Daniel J. Donnellon
Daniel J. Donnellon, Ohio Bar 036726
FARUKI IRELAND & COX P.L.L.
201 East Fifth Street, Suite 1420
Cincinnati, OH 45202
Telephone: (513) 632-0300
Facsimile: (513) 632-0319
ddonnellon@ficlaw.com

*Of Counsel:*
Charles J. Faruki (0010417)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3705
Facsimile: (937) 227-3717
cfaruki@fic1aw.com

*Counsel for Defendant Bernard Rabinowitz, Individually and as Trustee U/A/D 09-11-2006*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 10th day of August, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 10th day of August, 2011.

/s/ Daniel J. Donnellon
Daniel J. Donnellon

512993.1