UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,** | : : : | Case No. 1:11-cv-358 |
| Plaintiffs, | : : | Judge Beckwith |
| v. | : : | Magistrate Judge Bowman |
| **AMERICAN ELECTRIC POWER DEFINED BENEFIT, et al.,** | : : : : |  |
| Defendants. | : : |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT James B. Hadden (Ohio Bar No. 0059315) and James A. King (Ohio Bar No. 0040270) of the law firm Porter Wright Morris & Arthur LLP, 41 South High Street, 29th Floor, Columbus, Ohio 43215-6194, hereby enter their appearance in the above-captioned case as counsel on behalf of Defendant American Electric Power Defined Benefit, although it should be noted this Defendant is not a proper party to this action.  Mr. Hadden will serve as Trial Counsel.

Respectfully submitted,

*/s/ James B. Hadden*
James B. Hadden, Trial Attorney  (0059315)
James A. King  (0040270)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street, Suites 2800-3200
Columbus, Ohio 43215
(614) 227-2000; fax (614) 227-2100
jhadden@porterwright.com
jking@porterwright.com

Attorneys for Defendant
American Electric Power Defined Benefit

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2011, I served the foregoing via the Court's electronic filing system on counsel of record.

*/s/ James B. Hadden*
James B. Hadden (0059315)

COLUMBUS/1595538v.1