# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | : : : : | Civil Action No.: 1:11-cv-00358-SSB-SKB |
| Plaintiffs, | : : | (Judge Beckwith) (Magistrate Judge Bowman) |
| v. | : : | |
| AMERICAN ELECTRIC POWER, et al., | : : | |
| Defendants. | : : | |

### MOTION FOR ENTRY OF AGREED EXTENSION OF TIME UP TO AND INCLUDING SEPTEMBER 29, 2011 FOR DEFENDANT AMERICAN ELECTRIC POWER DEFINED BENEFIT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

The Plaintiffs and Defendant American Electric Power Defined Benefit have agreed to extend the time within which Defendant American Electric Power Defined Benefit may answer or otherwise respond to Plaintiffs' Complaint until September 29, 2011, subject to any stay of proceedings that may otherwise be ordered by the Court. Accordingly, pursuant to Local Rule 7.3(a) and 7.4, Defendant American Electric Power Defined Benefit hereby moves the Court to grant the requested extension per the parties' agreement. This motion briefly exceeds the

2

permissible stipulation of Local Rule 6.1(a); and, therefore requires approval of the Court.

/s/ James B. Hadden
James B. Hadden, Trial Attorney  (0059315)
James A. King  (0040270)
PORTER, WRIGHT, MORRIS &
 ARTHUR LLP
41 South High Street, Suites 2800-3200
Columbus, Ohio 43215
(614) 227-2000; fax (614) 227-2100
jhadden@porterwright.com
jking@porterwright.com

Attorneys for Defendant
American Electric Power Defined Benefit

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2011, I served the foregoing via the Court's electronic filing system on counsel of record.

/s/ James B. Hadden
James B. Hadden (0059315)