# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | Civil Action No.: 1:11-cv-00358-SSB-SKB |
| Plaintiffs, | (Judge Beckwith) (Magistrate Judge Bowman) |
| v. | |
| AMERICAN ELECTRIC POWER, et al., | |
| Defendants. | |

### NOTICE OF PLAINTIFFS' FILING OF MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Come now Plaintiffs, Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, ("Plaintiffs") and give notice that on August 16, 2011 they moved, pursuant to 28 U.S.C. § 1407, the United States Judicial Panel on Multidistrict Litigation to transfer 44 actions pending in 21 different federal districts to the Southern District of New York for coordinated and consolidated pretrial proceedings, specifically to the Honorable Richard J. Holwell (the "MDL Motion"). The MDL Motion has been assigned a case number by the United States Judicial Panel on Multidistrict Litigation of "Pending No.119."

Rule 6.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation requires that a copy of the MDL Motion be filed in each district court where the

motion affects a pending action. Attached hereto are the following exhibits: <u>Exhibit A</u>: MDL Motion; <u>Exhibit B</u>: the Brief in Support of the MDL Motion; <u>Exhibit C</u>: the Declaration of David M. Zensky in Support of Plaintiffs' MDL Motion; <u>Exhibit D</u>: the Schedule of Actions; and <u>Exhibit E</u>: the Proof of Service of Plaintiffs' MDL Motion.

Dated: August 17, 2011                                Respectfully submitted,

                                                      /s/ Richard S. Wayne
OF COUNSEL:                                           Richard S. Wayne Ohio Bar #0022390

Daniel H. Golden                      /s/ Charles C. Ashdown
David M. Zensky                       Charles C. Ashdown Ohio Bar #0037269
Stephen M. Baldini                    /s/ Nicolas D. Wayne
James P. Chou                         Nicolas D. Wayne Ohio Bar #0083690
Jason L. Goldsmith                    STRAUSS & TROY
Angeline L. Koo                       150 East Fourth Street
Mitchell P. Hurley                    Cincinnati, OH  45202-4018
Natalie Lesser                        (513) 621-2120 – Telephone
Sunish Gulati                         (513) 241-8259 – Facsimile
AKIN GUMP STRAUSS HAUER               E-mail: rswayne@strausstroy.com
  & FELD LLP                          E-mail: ccashdown@strausstroy.com
One Bryant Park                       E-mail: ndwayne@strausstroy.com
New York, NY  10036
Telephone: (212) 872-1000             *Counsel for Plaintiffs, Deutsche Bank Trust*
Facsimile: (212) 872-1002             *Company Americas, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 17th day of August, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. If a party is not given notice electronically through the Court's system a copy will be served by Federal Express™ this 17th day of August, 2011.

                                      /s/ Charles C. Ashdown
                                      Charles C. Ashdown Ohio Bar #0037269

2652817_1.DOC