**EXHIBIT A**

## EXHIBIT A – OHIO

| Name | Name2 | Address | Shareholder Transfers Step One | Step Two | Date Unknown |
|---|---|---|---|---|---|
| AMERICAN ELECTRIC POWER | | | | | |
| BATL PN-NTRS S&P | | | | | |
| BERNARD RABINOWITZ TTEE | | | | | |
| ELECTROLUX HOME PRODUCTS, INC. MASTER TRUST | | | | | |
| FIFTH THIRD BANK | | | | | |
| FIFTH THIRD BANK, TRUSTEE | | | | | |
| FREEDMAN, RICHARD C. | | | | | |
| HUMPHREY, PATIENCE | | | | | |
| HUSSMAN STRATEGIC GROWTH FUND | | | | | |
| KEYBANK NATIONAL ASSOC. | | | | | |
| L.D.C.C. | | | | | |
| LABORERS DISTRICT COUNCIL & CONTRACTORS PENSION FD OF OHIO | | | | | |
| LACHEY, JAMES M | | | | | |
| MICHAEL E BEE TRUST UAD 10/20/2003 | | | | | |
| NATIONWIDE S&P 500 INDEX FUND | | | | | |
| NVIT S&P 500 INDEX FUND | | | | | |
| OHIO NATIONAL FUND INC. | | | | | |
| PROGRESSIVE CASUALTY INSURANCE | | | | | |
| RB&W/GAMCO | | | | | |
| SCHLANG, GAIL C | | | | | |
| TAFT BROADCASTING | | | | | |
| TAFT, DUDLEY S. | | | | | |
| YESO, CONSTANCE TOLBERT | | | | | |