IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., | ) ) ) | Case No. 1:11-cv-00358 |
| Plaintiffs, | ) ) ) | Judge Beckwith |
| v. | ) ) ) | Magistrate Judge Bowman |
| AMERICAN ELECTRIC POWER DEFINED BENEFIT, et al., | ) ) ) ) | **NOTICE OF APPEARANCE** |
| Defendants. | ) | |

Please take Notice that John Swansinger of The Swansinger Law Firm enters an appearance as trial counsel on behalf of Defendant Michael E. Bee, individually and as Trustee FOB Michael E. Bee Trust UAD 10/20/2003.

Defendant Michael E. Bee, individually and as Trustee request that all notices, pleadings and documents related to this matter be sent to his attorney of record as follows:

John Swansinger
The Swansinger Law Firm
#1303 Fifth Third Center
600 Superior Avenue, East, Suite 1300
Cleveland, Ohio 44114
440-471-7474  Telephone
216-916-4936 Facsimile
john@swansingerlaw.com

Respectfully submitted,

 /s/ John Swansinger
John Swansinger (0041503)
The Swansinger Law Firm
#1303 Fifth Third Center
600 Superior Avenue, East, Suite 1300
Cleveland, Ohio 44114
440-471-7474  Telephone
216-916-4936 Facsimile
john@swansingerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 25th day of August, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ John Swansinger*
John Swansinger (0041503)