UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | : : : : : | Civil Action No. 1:11-cv-358 (Judge Beckwith) (Magistrate Judge Bowman) |
| Plaintiffs, | : : | |
| vs. | : : | |
| AMERICAN ELECTRIC POWER DEFINED BENEFIT, *et al.*, | : : : | |
| Defendants. | : : | |

**STIPULATION EXTENDING TIME FOR DEFENDANTS
T. ROWE PRICE ASSOCIATES, INC. AND OHIO NATIONAL FUND INC.
TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT**

The parties hereby stipulate and agree, pursuant to Local Rule 6.1, that Defendants T. Rowe Price Associates, Inc., incorrectly named as "T. Rowe Price" and Ohio National Fund, Inc. ("Defendants") shall have up to and including September 29, 2011 to answer or otherwise respond to Plaintiff's Amended Complaint. No prior stipulated extensions to Defendants, together with this stipulation, exceed a total of twenty-one (21) days.

Agreed:

Dated:  September 2, 2011

| | |
|---|---|
| /s/Charles C. Ashdown<br>Charles C. Ashdown  Ohio Bar #0037269<br>STRAUSS & TROY<br>150 E. Fourth Street<br>Cincinnati, OH 45202-4018<br>Tel:  513.621.2120<br>Email:  ccashdown@strausstroy.com<br><br>Daniel H. Golden<br>David M. Zensky<br>Stephen M. Baldini<br>James Chou<br>Jason L. Goldsmith<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, New York  10036<br>Tel:  212.872.8030<br>Facsimile: (212) 872-1002<br>Email:  jchou@akingump.com<br><br>*Counsel for Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York , in its capacity as successor indenture trustee for a Certain Series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the Phones Notes* | /s/Sabin Willett<br>Sabin Willett<br>Ainsley Moloney<br>BINGHAM MCCUTCHEN LLP<br>1 Federal Street<br>Boston, MA 02110-1726<br>Phone:  (617) 951-8000<br>Fax:  (617) 951-8736<br>Email:  sabin.willett@bingham.com<br>             ainsley.moloney@bingham.com<br><br>Michael C. D'Agostino<br>BINGHAM MCCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103-3178<br>Phone:  (860) 240-2700<br>Fax:  (860) 240-2800<br>Email: michael.dagostino@bingham.com<br><br>*Counsel for Defendants T. Rowe Price Associates, Inc., incorrectly named as T. Rowe Price and Ohio National Fund, Inc.* |

2671825.1