AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| Deutsche Bank Trust Company, et al. <br> *Plaintiff* <br> v. <br> American Electric Power, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:11-cv-358 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Hussman Strategic Growth Fund and Hussman Investment Trust

Date:  09/09/2011

*Attorney's signature*

Mark A. Vander Laan (0013297)
*Printed name and bar number*

Dinsmore & Shohl LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio  45202

*Address*

mark.vanderlaan@dinslaw.com
*E-mail address*

(513) 977-8200
*Telephone number*

(513) 977-8141
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been duly served upon All Counsel of Record this 9th day of September, 2011.

s/Mark A. Vander Laan