IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | Civil Action No. 11-CV-00358 <br><br> JUDGE BECKWITH <br> MAGISTRATE JUDGE BOWMAN |
| Plaintiffs, | |
| v. | |
| AMERICAN ELECTRIC POWER, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION OF PROGRESSIVE CASUALTY INSURANCE COMPANY FOR ENTRY OF AGREED ORDER EXTENDING TIME UP TO AND INCLUDING NOVEMBER 28, 2011 TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), and Defendant Progressive Casualty Insurance Company ("Progressive"), have agreed to extend the time within which Defendant Progressive may answer or otherwise respond to Plaintiffs' complaint until November 28, 2011, subject to any stay of proceedings that may otherwise be ordered by the Court. Accordingly, pursuant to Local Rule 7.3(a) and 7.4, Defendant Progressive hereby moves the Court to grant the requested extension per the parties' agreement.

Respectfully submitted,

*/s/ Todd A. Atkinson*
Joseph A. Castrodale (0018494)
Richard G. Hardy (0021920)
Todd A. Atkinson (0077374)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113
Phone: (216) 583-7000
Fax: (216) 583-7001
Email: jcastrodale@ulmer.com
rhardy@ulmer.com
tatkinson@ulmer.com
*Attorneys for Defendant Progressive Casualty Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, a copy of the foregoing *Motion of Progressive Casualty Insurance Company for Entry of Agreed Order Extending Time up to and including November 28, 2011 to Answer or Otherwise Respond to Plaintiffs' Complaint* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's Electronic Case Filing System.

        */s/ Todd A. Atkinson*
        *One of the Attorneys for Defendant*
        *Progressive Casualty Insurance*
        *Company*

1924971v1