AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Duetsche Bank Trust Company Americas, et al. ) <br> Plaintiff ) <br> v. ) <br> America Electric Power, et al. ) <br> Defendant ) | Case No. 1:11-cv-00358 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Nationwide S&P 500 Index Fund and NVIT S&P Index Fund.

Date: September 28, 2011

_____
Attorney's signature

Dustin Thacker (0085092)
Printed name and bar number

255 East Fifth Street, Ste. 2400
Cincinnati, OH 45202
Address

dthacker@katzteller.com
E-mail address

(513) 977-3422
Telephone number

(513) 762-0022
FAX number