UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.,** | : | Civil Action No. 1:11-cv-00358 |
| Plaintiff, | : | |
| v. | : | **NOTICE OF CERTIFICATE OF SERVICE** |
| **AMERICA ELECTRIC POWER, et al.,** | : | |
| Defendants. | : | Judge Sandra S. Beckwith |
| | : | |
| | : | |

I hereby certify that a copy of the Appearance of Counsel was served upon counsel of record through the Court's electronic filing system on September 29th, 2011.

/s/ Dustin Thacker
Dustin Thacker (0085092)
255 East Fifth Street, Suite 2400
Cincinnati, Ohio  45202-4787
(513) 977-3422 – telephone
(513) 762-0022 – facsimile
dthacker@katzteller.com – e-mail
Trial Attorney for Defendants,
Nationwide S&P 500 Index Fund and
NVIT S&P Index Fund

KTBH: 4849-9518-0299, v.  1