UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deutsche Bank Trust
Company Americas, et al.,
    Plaintiffs

v.                              Case No. 1:11-cv-358

America Electric Power, et al.,
    Defendants

# ORDER

This matter is before the Court on Defendant Nationwide S&P 500 Index Fund and NVIT S&P Index Fund's Motion for Admission of several attorneys (Doc. 50).

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys Michelle Orloski, Neal R. Troum, and Keith R. Dutill are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendants Nationwide S&P 500 Index Fund and NVIT S&P Index Fund.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: October 6, 2011                                  s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Senior Judge
                                                            United States District Court