UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Deutsche Bank Trust
Company Americas, et al.,
    Plaintiffs

v.                             Case No. 1:11-cv-358

American Electric Power,
et al.,
    Defendants

# ORDER

This matter is before the Court on Plaintiffs' Motion for Admission of attorney Deborah J. Newman (Doc. 59).

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Deborah J. Newman is hereby admitted to practice pro hac vice as **co-counsel** on behalf of Plaintiffs.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Mrs. Darlene Maury, 513.564.7523 or at darlene_maury@ohsd.uscourts.gov, to register for Electronic Case Filing.**

Date: October 20, 2011                  s/Sandra S. Beckwith
                                              Sandra S. Beckwith, Senior Judge
                                              United States District Court