```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
                      WESTERN DIVISION
```

Deutsche Bank Trust Company       :   Case No. 1:11-cv-358
Americas, et al.,                 :
                                  :
    Plaintiffs,               :
                                  :
vs.                               :
                                  :
American Electric Power, et al., :
                                  :
    Defendants.

**ORDER**

On September 27, 2011, Plaintiffs filed a motion for leave to file a second amended complaint, and to clarify a prior sealing order entered in this case. (Doc. 48) No opposition has been filed to these requests. Plaintiffs' motion is therefore granted, and they shall file their second amended complaint within ten days of the entry of this Order. The initial Sealing Order (Doc. 4) is clarified to permit Plaintiffs to file under seal the information described in the motion concerning individual shareholders (including Exhibit A to the complaint) that is subject to the Confidentiality Agreement and Protective Order entered in the Tribune bankruptcy proceeding.

Plaintiffs also filed a motion to stay (Doc. 15) and an amended motion to stay (Doc. 17) on July 1 and July 22, respectively. Defendant Bernard Rabinowitz filed an opposition to the original motion to stay (Doc. 19). Since that time,

however, Plaintiffs filed an amended complaint, and Defendant has been granted several unopposed extensions in which to answer or otherwise respond to the complaint.  Plaintiffs have also filed a motion for an MDL transfer pursuant to 28 U.S.C. §1407.  (Doc. 33)  It is unclear to the Court if Defendant Rabinowitz remains opposed to a stay on the terms proposed by Plaintiffs.

In view of these developments, Defendant Rabinowitz shall file a short statement, within fourteen days of the date of entry of this Order, clarifying if he continues to oppose the stay motion.  If he does, Plaintiffs may file a reply within the time permitted by the Local Rules of this Court.

SO ORDERED.

DATED: October 24, 2011         s/Sandra S. Beckwith
                                Sandra S. Beckwith
                                Senior United States District Judge

however, Plaintiffs filed an amended complaint, and Defendant has been granted several unopposed extensions in which to answer or otherwise respond to the complaint.  Plaintiffs have also filed a motion for an MDL transfer pursuant to 28 U.S.C. §1407.  (Doc. 33)  It is unclear to the Court if Defendant Rabinowitz remains opposed to a stay on the terms proposed by Plaintiffs.

In view of these developments, Defendant Rabinowitz shall file a short statement, within fourteen days of the date of entry of this Order, clarifying if he continues to oppose the stay motion.  If he does, Plaintiffs may file a reply within the time permitted by the Local Rules of this Court.

SO ORDERED.

DATED: October 24, 2011         s/Sandra S. Beckwith
                                Sandra S. Beckwith
                                Senior United States District Judge