IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., | : | CASE NO. 1:11-cv-358 |
| | : | (Judge Sandra S. Beckwith) |
| | : | (Magistrate Judge Stephanie K. Bowman) |
| Plaintiffs, | : | |
| v. | : | |
| AMERICAN ELECTRIC POWER DEFINED BENEFIT, et al., | : | **NOTICE OF DEFENDANT BERNARD RABINOWITZ'S WITHDRAWAL OF HIS OPPOSITION TO PLAINTIFFS' MOTION (AND AMENDED MOTION) TO STAY DEFENDANTS' TIME AND OTHER RELIEF** |
| Defendants. | : | |

Pursuant to this Court's Order dated October 24, 2011 [Doc. No. 61], Defendant Bernard Rabinowitz, individually and as trustee FBO Bernard Rabinowitz U/A/D 09-11-2006 ("Rabinowitz"), hereby gives notice of his withdrawal of his Opposition to Plaintiffs' Motion (and Amended Motion) to Stay Defendants' Time and Other Relief [Doc. No. 19]. Defendant Rabinowitz no longer wishes to oppose the stay as revised. Defendant Rabinowitz fully reserves all rights to oppose any Multi-District Litigation transfer and all other rights.

                                                    Respectfully submitted,

OF COUNSEL:

Charles J. Faruki (0010417)  
FARUKI IRELAND & COX P.L.L.  
500 Courthouse Plaza, S.W.  
10 North Ludlow Street  
Dayton, OH 45402  
Telephone: (937) 227-3705  
Telecopier: (937) 227-3717  
Email: cfaruki@ficlaw.com  

/s/ Daniel J. Donnellon  
Daniel J. Donnellon (0036726)  
  Trial Attorney  
FARUKI IRELAND & COX P.L.L.  
201 East Fifth Street  
Suite 1420  
Cincinnati, OH 45202  
Telephone: (513) 632-0300  
Telecopier: (513) 631-0319  
Email: ddonnellon@ficlaw.com  

Attorneys for Defendant Bernard Rabinowitz

## **CERTIFICATE OF SERVICE**

I certify that on the 24th day of October, 2011, I electronically filed the foregoing Notice of Defendant Bernard Rabinowitz's Withdrawal of His Opposition to Plaintiffs' Motion (and Amended Motion) to Stay Defendants' Time and Other Relief with the Clerk of Courts using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing system. Parties may access this filing through the Court's Electronic Case Filing system.

/s/ Daniel J. Donnellon
Daniel J. Donnellon

571264.1