# EXHIBIT A

# EXHIBIT A

# FILED UNDER SEAL PURSUANT TO COURT ORDER DATED OCTOBER 24, 2011