UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____

DEUTSCHE BANK TRUST COMPANY
AMERICAS,
    in its capacity as successor indenture trustee
for certain series of Senior Notes, *et al*.,

                           Plaintiffs,

  vs.

AMERICAN ELECTRIC POWER, *et al*.,

                          Defendants.
_____

Civil Action No. 1:11-cv-358
(Judge Beckwith)

(Magistrate Judge Bowman)

## **NOTICE OF FILING OF EXHIBIT A TO THE SECOND AMENDED COMPLIANT UNDER SEAL**

    Notice is hereby provided that Exhibit A to the Second Amended Complaint will be filed under seal with the Clerk's Office pursuant to the Court's Order dated October 24, 2011.

Dated: October 27, 2011

oF COUNSEL:

David M. Zensky
Mitchell P. Hurley
Deborah J. Newman
Sunish Gulati
Jason L. Goldsmith
Angeline L. Koo
Daniel H. Golden
James P. Chou
Steven M. Baldini
Natalie Lesser
AKIN GUMP STRAUSS HAUER
  & FELD LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Respectfully submitted,

/s/ Charles C. Ashdown
Charles C. Ashdown Ohio Bar #0037269
/s/ Richard S. Wayne
Richard S. Wayne Ohio Bar #0022390
/s/ Nicolas D. Wayne
Nicolas D. Wayne Ohio Bar #0083690
STRAUSS & TROY
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – Telephone
(513) 241-8259 – Facsimile
E-mail: *ccashdown@strausstroy.com*
E-mail: *rswayne@strausstroy.com*
E-mail: *ndwayne@strausstroy.com*

*Counsel for Plaintiffs, Deutsche Bank Trust Company Americas, et al.*

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have appeared in this case. And I hereby certify that in the case of defendants for whom counsel has not yet appeared, a copy of the foregoing will be sent via Federal Express to the defendants at their last known address.

Dated: October 27, 2011                        Respectfully submitted,

                                                /s/ Charles C. Ashdown
                                                Charles C. Ashdown Ohio Bar #0037269