UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al., | : : : : : : : : : : : | Civil Action No. 1:11-cv-00358 (Judge Sandra S. Beckwith) (Magistrate Judge Bowman) |
| Plaintiffs, | | |
| vs. | | |
| AMERICAN ELECTRIC POWER, et al., | | **STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT** |
| Defendants. | | |

By agreement between Plaintiffs and Defendants Hussman Strategic Growth Fund and Hussman Investment Trust ("Hussman"), Hussman will have up to and including December 5, 2011 to respond to Plaintiffs' Second Amended Class Action Complaint. There have been no previous extensions.

Have Read and Agree:

s/ Charles C. Ashdown
Charles C. Ashdown (0037269)
Richard S. Wayne (0022390)
Nicholas D. Wayne (0083690
STRAUSS & TROY
150 E. Fourth Street
Cincinnati, OH  45202-4018
Phone: 513-621-2120
Facsimile: 513-241-8259
Email: ccashdown@strausstroy.com
rswayne@strausstroy.com
ndwayne@strausstroy.com

Counsel for Plaintiffs,
Deutsche Bank Trust Company Americas, et al.

s/ Mark A. Vander Laan
Mark A. Vander Laan (0013297)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH  45202
Phone: 513-977-8200
Facsimile: 513-977-8141
Email: mark.vanderlaan@dinsmore.com

Counsel for Defendants,
Hussman Strategic Growth Fund and Hussman Investment Trust