UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

_____
:
DEUTSCHE BANK TRUST COMPANY : Civil Action No. 1:11-cv-358
AMERICAS, : (Judge Beckwith)
in its capacity as successor indenture trustee for : (Magistrate Judge Bowman)
certain series of Senior Notes, *et al.*, :
:
                Plaintiffs, :
  vs. :
:
AMERICAN ELECTRIC POWER DEFINED :
BENEFIT, *et al.*, :
:
                Defendants. :
_____:

**REVISED UNOPPOSED MOTION FOR ENTRY OF AGREED ORDER EXTENDING TIME UP TO AND INCLUDING NOVEMBER 29, 2011 FOR DEFENDANTS T. ROWE PRICE AND OHIO NATIONAL FUND, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), and T. Rowe Price and Ohio National Fund, Inc. ("Defendants"), have agreed to extend the time within which Defendants may answer or otherwise respond to Plaintiffs' complaint until November 29, 2011, subject to any stay of proceedings that may otherwise be ordered by the Court. Defendants T. Rowe price and Ohio National Fund, Inc. are now represented by counsel

admitted to this Court. Accordingly, pursuant to Local Rule 7.3(a) and 7.4, Plaintiffs hereby move the Court to grant the requested extension per the parties' agreement. Agreed:

Dated: November 15, 2011

| /s/Charles C. Ashdown<br>Charles C. Ashdown (0037269)<br>STRAUSS & TROY<br>150 E. Fourth Street<br>Cincinnati, OH 45202-4018<br>Tel: 513.621.2120<br>Email: ccashdown@strausstroy.com<br><br>James Chou<br>Jason L. Goldsmith<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, New York 10036<br>Tel: 212.872.8030<br>Email: jchou@akingump.com<br><br>*Counsel for Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a Certain Series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the Phones Notes* | / /s/ Jennifer Hurley McGay<br>Jennifer Hurley McGay (0063941)<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY<br>10022-4689<br>Phone: (212) 705-7000<br>Fax: (212) 752-5378<br>Email: jennifer.hurleymcgay@bingham.com<br>Sabin Willett<br>Ainsley Moloney<br>BINGHAM MCCUTCHEN LLP<br>1 Federal Street<br>Boston, MA 02110-1726<br>Phone: (617) 951-8000<br>Fax: (617) 951-8736<br>Email: sabin.willett@bingham.com<br>      ainsley.moloney@bingham.com<br>*Counsel for Defendants T. Rowe Price Associates, Inc., incorrectly named as T. Rowe Price and Ohio National Fund, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 15th day of November, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.

/s/Charles C. Ashdown
Charles C. Ashdown

2699802.1