## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **DEUTSCHE BANK TRUST COMPANY** | ) | **Case No. 1:11-cv-00358-SSB-SKB** |
| **AMERICAS,** *et al.* | ) | |
| | ) | **(Judge Sandra S. Beckwith)** |
| **Plaintiff,** | ) | **(Magistrate Judge Stephanie K. Bowman)** |
| | ) | |
| **-v-** | ) | <u>**NOTICE OF APPEARANCE**</u> |
| | ) | |
| **AMERICAN ELECTRIC POWER,** *et al.* | ) | |
| | ) | |
| **Defendant.** | ) | |

PLEASE TAKE NOTICE that Joseph M. Callow, Jr., of the law firm of Keating Muething & Klekamp, PLL, who is admitted to practice before this Court, is appearing in this matter as counsel for Defendants Fifth Third Bank and Fifth Third Bank, as Trustee (misidentified as "Fifth Third Bank Trustee") and requests that all notices, pleadings and documents related to this matter be sent to him at the address below.

Joseph M. Callow, Jr.
Keating Muething & Klekamp PLL
One East Fourth Street; Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6419
Fax: (513) 579-6457
jcallow@kmklaw.com


Respectfully submitted,

KEATING MUETHING & KLEKAMP, PLL

<u>/s/ *Joseph M. Callow, Jr.*</u>
Joseph M. Callow, Jr. (0061814)
One East Fourth Street; Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6419
Fax: (513) 579-6457
jcallow@kmklaw.com

Attorneys for Defendant
Fifth Third Bank

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of November, 2011, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ *Joseph M. Callow, Jr.*          </u>
Joseph M. Callow, Jr.