## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS,** *et al.* | ) | **Case No. 1:11-cv-00358-SSB-SKB** |
| | ) | |
| | ) | **(Judge Sandra S. Beckwith)** |
| **Plaintiff,** | ) | **(Magistrate Judge Bowman)** |
| | ) | |
| **-v-** | ) | **STIPULATION EXTENDING TIME** |
| | ) | **FOR DEFENDANTS FIFTH THIRD** |
| **AMERICAN ELECTRIC POWER,** *et al.* | ) | **BANK AND FIFTH THIRD BANK, AS** |
| | ) | **TRUSTEE TO ANSWER OR** |
| **Defendant.** | ) | **OTHERWISE RESPOND TO** |
| | | **PLAINTIFF'S AMENDED** |
| | | **COMPLAINT_____** |

The parties hereby stipulate and agree, pursuant to Local Rule 6.1, that Defendants Fifth Third Bank and Fifth Third Bank, as Trustee (misidentified as "Fifth Third Bank Trustee") ("Defendants") shall accept service and shall have up to and including December 2, 2011 to answer or otherwise respond to Plaintiffs Amended Complaint.  No prior stipulated extensions to Defendant together with this stipulation, exceed a total of twenty-one (21) days.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Charles C. Ashdown | /s/ Joseph M. Callow, Jr. |
| (per email authorization) | Joseph M. Callow, Jr. (0061814) |
| Charles C. Ashdown (0037269) | KEATING MUETHING & KLEKAMP, PLL |
| STRAUSS & TROY | One East Fourth Street; Suite 1400 |
| 150 E. Fourth Street | Cincinnati, Ohio 45202 |
| Cincinnati, OH 45202-4018 | Tel: (513) 579-6419 |
| Tel: (513) 621-2120 | Fax: (513) 579-6457 |
| Email: ccashdown@strausstroy.com | jcallow@kmklaw.com |
| | |
| Daniel H. Golden | *Attorney for Defendant* |
| David M. Zensky | *Fifth Third Bank and Fifth Third Bank, as* |
| Stephen M. Baldini | *Trustee* |
| James Chou | |
| Jason L. Goldsmith | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | |

| 1 Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-8030<br>Facsimile: (212) 872-1002<br>Email: jchou@akingump.com<br><br>*Counsel for Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for Certain Series Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the Phones Notes* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2011, I electronically filed the foregoing STIPULATION EXTENDING TIME FOR DEFENDANTS FIFTH THIRD BANK TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Joseph M. Callow, Jr.*
Joseph M. Callow, Jr.