IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al*., <br><br>　　　　　Plaintiffs,<br>　　v.<br><br>AMERICAN ELECTRIC POWER, *et al.,*<br><br>　　　　　Defendants. | Civil Action No. 11-CV-00358<br><br>JUDGE BECKWITH<br>MAGISTRATE JUDGE BOWMAN |

**UNOPPOSED MOTION OF PROGRESSIVE CASUALTY INSURANCE COMPANY FOR ENTRY OF AGREED ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), and Defendant Progressive Casualty Insurance Company ("Progressive"), have agreed to extend the time within which Defendant Progressive may answer or otherwise respond to Plaintiffs' Second Amended Complaint until the later of January 30, 2012, or 30 days after the record in this case is docketed in a Multidistrict Litigation case, subject to any stay of proceedings that may otherwise be ordered by the Court. Accordingly, pursuant to Local Rule 7.3(a) and 7.4, Defendant Progressive hereby moves the Court to grant the requested extension per the parties' agreement.

        Respectfully submitted,

        */s/ Todd A. Atkinson*
        Joseph A. Castrodale (0018494)
        Richard G. Hardy (0021920)
        Todd A. Atkinson (0077374)
        ULMER & BERNE LLP
        Skylight Office Tower
        1660 West 2nd Street, Suite 1100
        Cleveland, Ohio  44113
        Phone:  (216) 583-7000
        Fax:  (216) 583-7001
        Email:  jcastrodale@ulmer.com
                rhardy@ulmer.com
                tatkinson@ulmer.com
        *Attorneys for Defendant Progressive Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, a copy of the foregoing *Motion of Progressive Casualty Insurance Company for Entry of Agreed Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Case Filing System. Parties may access this filing through the Court's Electronic Case Filing System.

/s/ Todd A. Atkinson
*One of the Attorneys for Defendant Progressive Casualty Insurance Company*

1924971v2