# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | : : : : | Civil Action No.: 1:11-cv-00358-SSB-SKB |
| Plaintiffs, | : : | |
| v. | : : | |
| AMERICAN ELECTRIC POWER, et al., | : : | |
| Defendants. | : : | |

**APPEARANCE OF COUNSEL**

Please enter the appearance of the undersigned on behalf of T. Rowe Price Associates, Inc. I am admitted or otherwise authorized to practice in this court.

All future pleadings, correspondence and notices should be directed to the undersigned.

A/74589084.1

Dated:  November 21, 2011

Respectfully submitted,


/s/ Jennifer Hurley McGay
Jennifer Hurley McGay (0063941)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY
10022-4689
Phone: (212) 705-7000
Fax: (212) 752-5378
Email: jennifer.hurleymcgay@bingham.com

Sabin Willett
Ainsley Moloney
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Phone: (617) 951-8000
Fax: (617) 951-8736
Email: sabin.willett@bingham.com
        ainsley.moloney@bingham.com

*Counsel for Defendant T. Rowe Price Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gina M. Palmieri
Gina M. Palmieri