# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERICAN ELECTRIC POWER, et al.,<br><br>　　　　Defendants. | Civil Action No.:<br>1:11-cv-00358-SSB-SKB |

## APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned on behalf of Ohio National Fund, Inc., which was also incorrectly named in the Complaint as "Ohio Natl Fund, Inc. Strategic Value Portfolio," and as "John Doe, as Owner of Ohio Natl Fund, Inc. Strategic Value Portfolio Ohio National Financial Services."  I am admitted or otherwise authorized to practice in this Court.

All future pleadings, correspondence and notices should be directed to the undersigned.

Dated:  November 21, 2011

Respectfully submitted,


/s/ Jennifer Hurley McGay
Jennifer Hurley McGay (0063941)
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY
10022-4689
Phone: (212) 705-7000
Fax: (212) 752-5378
Email: jennifer.hurleymcgay@bingham.com

Sabin Willett
Ainsley Moloney
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA 02110-1726
Phone: (617) 951-8000
Fax: (617) 951-8736
Email: sabin.willett@bingham.com
       ainsley.moloney@bingham.com

*Counsel for Defendant Ohio National Fund, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF System. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gina M. Palmieri
Gina M. Palmieri