IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

Deutsche Bank Trust Company
Americas, et al.,
    Plaintiff(s)

vs.                                                    Case No.: 1:11cv358

American Electric Power
    Defendants(s)

## NOTICE

The above-captioned case has been received and filed in this Court. It has been given the above-captioned case number and judge assignment. According to our records, Sabin Willett and Ainsley Moloney are not admitted to practice in the Southern District of Ohio.

Southern District of Ohio Local Rule 83.3(e) permits your participation, on a case by case basis, upon the electronic filing of an application for admission *pro hac vice* with a current certificate of good standing. A Two Hundred Dollars ($200) admission fee for each attorney applying must be submitted in conjunction with the application, however pursuant to L.R. 83.3(f)(4) this fee shall not be collected from attorneys employed by the Ohio Public Defender or members of the Ohio Attorney General's Office.

Pursuant to Southern District of Ohio Local Rule 83.4, unless otherwise ordered, in all actions filed in, transferred to, or removed to this Court, all parties not appearing *in propria persona* shall be represented by "trial attorney" who is a permanent member of the bar of this court in good standing. Admission *pro hac vice* does not entitle an attorney to appear as the trial attorney as set forth in this Rule.

A copy of the Southern District of Ohio Local Rules can be viewed at:

http://www.ohsd.uscourts.gov/locrules.htm

      For additional information, you may contact the Clerk's Office at (513) 564-7500.

                                            By: s/Emily Bromwell Hiltz
                                            Deputy Clerk