IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor Indenture trustee for certain series of Senior Notes, et al., | Civil Action No. 11-CV-00358<br><br>JUDGE BECKWITH<br>MAGISTRATE JUDGE BOWMAN |
| Plaintiffs, | |
| v. | |
| AMERICAN ELECTRIC POWER, et al., | |
| Defendants. | |

**MOTION FOR AN EXTENSION OF TIME UP FOR DEFENDANT MICHAEL E. BEE, INDIVIDUALLY AND AS TRUSTEE FBO MICHAEL E. BEE TRUST UAD 10/20/2003 TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Michael E. Bee, Individually and as Trustee FBO Michael E. Bee UAD 10/20/2003 moves this Court to extend the time within which Defendant Michael E. Bee, individually and as Trustee may answer or otherwise respond to Plaintiff's Second Amended Complaint. Pursuant to Local Rule 7.3(a) and 7.4, Counsel for Defendant Michael E. Bee, Individually and as Trustee respectfully moves this Court to grant the requested extension to answer or otherwise plead through January 30, 2012 or 30 days after the record in this case is docketed in a Multidistrict Litigation case, subject to any stay of proceedings that may otherwise be ordered by this Court.

Respectfully submitted,

*/s/ John Swansinger*
JOHN SWANSINGER (0041503)
THE SWANSINGER LAW FIRM
#1303 Fifth Third Center
600 Superior Avenue, East, Suite 1300
Cleveland, Ohio 44114
440-471-7474 Telephone
216-916-4936 Facsimile
john@swansingerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 22nd day of November, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                                 */s/ John Swansinger*
                                                 JOHN SWANSINGER (0041503)
                                                 THE SWANSINGER LAW FIRM