UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al*., | : : : : : | Civil Action No. 1:11-cv-358 (Judge Beckwith) (Magistrate Judge Bowman) |
| Plaintiffs, | : : | |
| vs. | : : | |
| AMERICAN ELECTRIC POWER DEFINED BENEFIT, *et al*., | : : : | |
| Defendants. | : : | |

**UNOPPOSED MOTION FOR ENTRY OF AGREED ORDER EXTENDING TIME UP TO AND INCLUDING NOVEMBER 29, 2011 FOR DEFENDANT CONSTANCE TOLBERT YESO TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), and Constance Tolbert Yeso ("Defendant"), have agreed to extend the time within which Defendant may answer or otherwise respond to Plaintiffs' complaint until November 29, 2011, subject to any stay of proceedings that may otherwise be ordered by the Court.  Accordingly,

pursuant to Local Rule 7.3(a) and 7.4, Plaintiffs hereby moves the Court to grant the requested extension per the parties' agreement.  Agreed:

Dated: October 4, 2011

| | |
|---|---|
| /s/Charles C. Ashdown<br>Charles C. Ashdown<br>STRAUSS & TROY<br>150 E. Fourth Street<br>Cincinnati, OH 45202-4018<br>Tel: 513.621.2120<br>Email: ccashdown@strausstroy.com<br><br>James Chou<br>Jason L. Goldsmith<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, New York  10036<br>Tel: 212.872.8030<br>Email: jchou@akingump.com<br><br>*Counsel for Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York , in its capacity as successor indenture trustee for a Certain Series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the Phones Notes* | /s/ Constance Tolbert Yeso<br>Constance Tolbert Yeso<br>1 South Fifth Street<br>Martins Ferry, OH  43935<br>Phone:  (740) 633-5515<br>Fax:  740) 633-2752<br>Email: dlxtoys@aol.com<br><br>*Pro Se Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 4th day of October, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.

/s/Charles C. Ashdown<br>Charles C. Ashdown

2699802.1

Case: 1:11-cv-00358-SSB-SKB Doc #: 85 Filed: 11/29/11 Page: 3 of 3  PAGEID #: 965