IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, *et al.*, | Civil Action No. 11-CV-00358<br><br>JUDGE BECKWITH<br>MAGISTRATE JUDGE BOWMAN |
| Plaintiffs, | |
| v. | |
| AMERICAN ELECTRIC POWER, *et al.*, | |
| Defendants. | |

**UNOPPOSED MOTION OF PRO SE DEFENDANT CONSTANCE TOLBERT YESO FOR ENTRY OF AGREED ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), and Defendant Constance Tolbert Yeso ("Yeso"), have agreed to extend the time within which Defendant Yeso may answer or otherwise respond to Plaintiffs' Second Amended Complaint, until January 30, 2012, or 30 days after the record in this case is docketed in a Multidistrict Litigation case, subject to any stay of proceedings that may otherwise be ordered by the Court.  Accordingly, pursuant to Local Rule 7.3(a) and 7.4, Defendant Yeso hereby moves the Court to grant the requested extension per the parties' agreement.

AGREED:

| | |
|---|---|
| /s/Charles C. Ashdown<br>Charles C. Ashdown<br>STRAUSS & TROY<br>150 E. Fourth Street<br>Cincinnati, OH 45202-4018<br>Tel:  513.621.2120<br>Email:  ccashdown@strausstroy.com<br><br>James Chou<br>Jason L. Goldsmith<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, New York  10036<br>Tel:  212.872.8030<br>Email:  jchou@akingump.com<br><br>*Counsel for Plaintiffs Deutsche Bank Trust Company et al.* | /s/ Constance Tolbert Yeso<br>Constance Tolbert Yeso<br>1 South Fifth Street<br>Martins Ferry, OH  43935<br>Phone:  (740) 633-5515<br>Fax:  740) 633-2752<br>Email: dlxtoys@aol.com<br><br>*Pro Se Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court and has been sent electronically this 30th day of November, 2011. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parities may access this filing through the Court's system.

/s/Charles C. Ashdown

Charles C. Ashdown

1914512v2