IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al. | Civil Action No.: 1:11-cv-00358-SSB-SKB |
| Plaintiffs, | Judge Beckwith |
| v. | Magistrate Judge Bowman |
| AMERICAN ELECTRIC POWER, et al., | |
| Defendants. | |

**AGREED ORDER EXTENDING TIME UP TO AND INCLUDING JANUARY 30, 2012 FOR DEFENDANT AMERICAN ELECTRIC POWER DEFINED BENEFIT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

It is hereby ORDERED that the unopposed Motion of Defendant American Electric Power Defined Benefit for Entry of Agreed Order Extending Time to Answer or otherwise respond to Plaintiffs' Second Amended Complaint, subject to any stay of proceedings that may then be in effect, is GRANTED. Defendant American Electric Power Defined Benefit has up to and including the later of January 30, 2012 or 30 days after the record in this case is docketed in a Multidistrict Litigation case, within which to file its answer or otherwise respond to Plaintiffs' Second Amended Complaint.

SO ORDERED.

11/30/11
Date

*Stephanie K Bowman*
UNITED STATES MAGISTRATE JUDGE

AGREED:

| | |
|---|---|
| */s/Charles C. Ashdown*<br>Charles C. Ashdown<br>STRAUSS & TROY<br>150 E. Fourth Street<br>Cincinnati, OH 45202-4018<br>Tel: (513) 621-2120<br>Fax: (513) 241-8259<br>Email: ccashdown@strausstroy.com<br><br>James Chou<br>Jason L. Goldsmith<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, NY 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br><br>Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, et al. | */s/James B. Hadden*<br>James B. Hadden (0059315)<br>  Trial Attorney<br>James A. King (0040270)<br>PORTER, WRIGHT, MORRIS & ARTHUR LLP<br>41 South High Street<br>Columbus, OH 43215<br>Tel: (614) 227-2000<br>Fax: (614) 227-2100<br>jhadden@porterwright.com<br>jking@porterwright.com<br><br>Attorneys for Defendant<br>American Electric Power Defined Benefit |