UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., | : : : : : | Civil Action No. 11-CV-00358 (Judge Beckwith) (Magistrate Judge Bowman) |
| Plaintiffs, | : : | |
| vs. | : : | |
| AMERICAN ELECTRIC POWER, et al., | : : | |
| Defendants. | : | |

**UNOPPOSED MOTION OF DEFENDANTS HUSSMAN STRATEGIC GROWTH FUND, HUSSMAN INVESTMENT TRUST, AND JOHN F. SPLAIN, AS TRUSTEE OF THE HUSSMAN INVESTMENT TRUST FOR ENTRY OF AGREED ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Plaintiffs"), and Defendants Hussman Strategic Growth Fund, Hussman Investment Trust, and John F. Splain, as Trustee of the Hussman Investment Trust ("Hussman"), have agreed to extend the time within which Defendant Hussman may answer or otherwise respond to Plaintiffs' Second Amended Complaint, until January 30, 2012, or thirty (30) days after the record in this case is docketed in a Multidistrict Litigation case, subject to any stay of proceedings that may otherwise be ordered by the Court.  Accordingly, pursuant to Local Rules 7.3(a) and 7.4, Defendant

Hussman hereby moves the Court to grant the requested extension per the parties' agreement.

AGREED:

| | |
|---|---|
| s/ Charles C. Ashdown<br>Charles C. Ashdown (0037269)<br>Richard S. Wayne (0022390)<br>Nicholas D. Wayne (0083690)<br>STRAUSS & TROY<br>150 E. Fourth Street<br>Cincinnati, OH  45202-4018<br>Phone:        513-621-2120<br>Facsimile:   513-241-8259<br>Email: ccashdown@strausstroy.com<br>            rswayne@strausstroy.com<br>            ndwayne@strausstroy.com | s/ Mark A. Vander Laan<br>Mark A. Vander Laan (0013297)<br>DINSMORE & SHOHL LLP<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH  45202<br>Phone:        513-977-8200<br>Facsimile:   513-977-8141<br>Email: mark.vanderlaan@dinsmore.com<br><br>Counsel for Defendants,<br>Hussman Strategic Growth Fund and Hussman Investment Trust and John F. Splain, as Trustee of the Hussman Investment Trust |

James Chou
Jason L. Goldsmith
AKIN GUMP STRAUSS HAUER & FELD LLP
1 Bryant Park
New York, NY  10036
Phone:        212-872-8030
Email:         jchou@akingump.com

Counsel for Plaintiffs,
Deutsche Bank Trust Company Americas, et al.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically with the United States District Court through its CM/ECF Electronic Filing System and has been sent electronically on the 1st day of December 2011.  Parties may access this filing through the Court's system.

s/Mark A. Vander Laan