UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., | Civil Action No. 11-CV-00358 (Judge Beckwith) (Magistrate Judge Bowman) |
| Plaintiffs, | **[Document No. 89]** |
| vs. | |
| AMERICAN ELECTRIC POWER, et al., | |
| Defendants. | |

**AGREED ORDER EXTENDING TIME UP TO AND INCLUDING JANUARY 30, 2012 FOR DEFENDANTS HUSSMAN STRATEGIC GROWTH FUND, HUSSMAN INVESTMENT TRUST, AND JOHN F. SPLAIN, AS TRUSTEE OF THE HUSSMAN INVESTMENT TRUST TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

It is hereby ORDERED that the unopposed Motion of Defendants Hussman Strategic Growth Fund, Hussman Investment Trust, and John F. Splain, as Trustee of the Hussman Investment Trust ("Hussman") for Entry of Agreed Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Second Amended Complaint, subject to any stay of proceedings that may then be in effect, is GRANTED. Defendants Hussman Strategic Growth Fund, Hussman Investment Trust, and John F. Splain, as Trustee of the Hussman Investment Trust have up to and including the later of January 30, 2012 or thirty (30) days after the record in this case is docketed in a Multidistrict Litigation case, within which to file its answer or otherwise respond to Plaintiff's' Second Amended Complaint.

SO ORDERED.

12/1/11  /s/ Stephanie K. Bowman
Date    United States Magistrate Judge

AGREED:

s/ Charles C. Ashdown
Charles C. Ashdown (0037269)
Richard S. Wayne (0022390)
Nicholas D. Wayne (0083690
STRAUSS & TROY
150 E. Fourth Street
Cincinnati, OH 45202-4018
Phone: 513-621-2120
Facsimile: 513-241-8259
Email: ccashdown@strausstroy.com
  rswayne@strausstroy.com
  ndwayne@strausstroy.com

James Chou
Jason L. Goldsmith
AKIN GUMP STRAUSS HAUER & FELD LLP
1 Bryant Park
New York, NY 10036
Phone: 212-872-8030
Email: jchou@akingump.com

Counsel for Plaintiffs,
Deutsche Bank Trust Company Americas, et al.

s/ Mark A. Vander Laan
Mark A. Vander Laan (0013297)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: 513-977-8200
Facsimile: 513-977-8141
Email: mark.vanderlaan@dinsmore.com

Counsel for Defendants,
Hussman Strategic Growth Fund and Hussman Investment Trust and John F. Splain, as Trustee of the Hussman Investment Trust