UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **DEUTSCHE BANK TRUST COMPANY AMERICAS,** *et al.* ) | Case No. 1:11-cv-00358-SSB-SKB |
| ) | |
| ) | (Judge Sandra S. Beckwith) |
| Plaintiff, ) | (Magistrate Judge Bowman) |
| ) | |
| -v- ) | **AGREED ORDER EXTENDING TIME** |
| ) | **UP TO AND INCLUDING JANUARY** |
| **AMERICAN ELECTRIC POWER,** *et al.* ) | **30, 2012 FOR DEFENDANT FIFTH** |
| ) | **THIRD BANK TO ANSWER OR** |
| Defendant. ) | **OTHERWISE RESPOND TO** |
| | **PLAINTIFFS' SECOND AMENDED** |
| | **COMPLAINT** |

It is hereby ORDERED that the unopposed Motion of Defendant Fifth Third Bank for Entry of Agreed Order Extending Time to Answer or otherwise respond to Plaintiffs' Second Amended Complaint, subject to any stay of proceedings that may then be in effect, is GRANTED. Defendant Fifth Third Bank has up to and including the later of January 30, 2012 or 30 days after the record in this case is docketed in a Multidistrict Litigation case, within which to file its answer or otherwise respond to Plaintiffs' Second Amended Complaint. This extension is without prejudice to Defendant Fifth Third's right to seek further extensions in the future.

SO ORDERED.

12/2/11                                         /s/ Stephanie K. Bowman
Date                                            UNITED STATES MAGISTRATE JUDGE

AGREED:

| | |
|---|---|
| /s/ Charles C. Ashdown | /s/ Joseph M. Callow, Jr. |
| Charles C. Ashdown (0037269) | Joseph M. Callow, Jr. (0061814) |
| STRAUSS & TROY | KEATING MUETHING & KLEKAMP, PLL |
| 150 E. Fourth Street | One East Fourth Street; Suite 1400 |
| Cincinnati, OH 45202-4018 | Cincinnati, Ohio 45202 |
| Tel: (513) 621-2120 | Tel: (513) 579-6419 |
| Email: ccashdown@strausstroy.com | Fax: (513) 579-6457 |

| | |
|---|---|
| Daniel H. Golden<br>David M. Zensky<br>Stephen M. Baldini<br>James Chou<br>Jason L. Goldsmith<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1 Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-8030<br>Facsimile: (212) 872-1002<br>Email: jchou@akingump.com<br><br>*Counsel for Plaintiffs Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes, Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for Certain Series Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the Phones Notes* | jcallow@kmklaw.com<br><br>*Attorney for Defendant Fifth Third Bank* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2011, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Joseph M. Callow, Jr.*
Joseph M. Callow, Jr.
