UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, et al.<br><br>        Plaintiff<br><br>vs.<br><br>AMERICAN ELECTRIC POWER, et al.,<br><br>        Defendants | Case No. 1:11 cv 00358-SSB-SKB<br><br>Judge Sandra K. Beckwith |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mr. Robert N. Rapp, of Calfee, Halter & Griswold LLP, Cleveland, Ohio, enters his appearance in this matter as counsel for William E. Katzin, and the William Effron Katzin IRA Rollover. All further notices should be served accordingly.

Dated: December 12, 2011

/s/ Robert N. Rapp
ROBERT N. RAPP (0010961)
CALFEE, HALTER & GRISWOLD LLP
1400 KeyBank Center
800 Superior Avenue
Cleveland, Ohio 44114
Tel: (216) 622-8200
Fax: (216) 241-0816
E-mail: rrapp@calfee.com

Counsel for William E. Katzin and the
William Effron Katzin IRA Rollover

## CERTIFICATE OF SERVICE

The foregoing Notice of Appearance as Counsel has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. Parties may access this filing through the Court's electronic system.

Dated: December 12, 2011            /s/ Robert N. Rapp
                                    Robert N. Rapp