AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio - Western Div..

Deutsche Bank Trust Company Americas etc., et al )
Plaintiff )
v. ) Case No. 1:11 cv 00358
American Electric Power et al. )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Michael D. Schwaiger

Date: 12/20/2011

s/John B. Pinney
*Attorney's signature*

John B. Pinney (OH 0018173)
*Printed name and bar number*

Graydon Head & Ritchey LLP
1900 Fifth Third Center, 511 Walnut Street
Cincinnati, OH 45202
*Address*

jpinney@graydon.com
*E-mail address*

(513) 629-2730
*Telephone number*

(513) 651-3836
*FAX number*

### Certificate of Service

I hereby certify that a copy of this notice was served on all counsel appearing through the court's CM/ECF system on this 20th day of December, 2011.

s/John B. Pinney